THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-10-0055-MEJ** |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON |
| v. | |
| D.M. JACOBSON & SONS, INC., a.k.a. JACOBSON AND SONS BUILDING, | |
| Defendant. | Honorable Maria-Elena James |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is currently scheduled for Thursday, April 21, 2011 at 10:00 a.m.

The reason for continuing the Case Management Conference is Thomas E. Frankovich counsel for plaintiff Craig Yates has a prepaid vacation commencing April 18, 2011 through May 6, 2011.

///
///
///
///
///

Therefore, the parties hereby stipulate to, and respectfully request a continuance of the Case Management Conference from April 21, 2011 to June 21, 2011, or a date thereafter, as is convenient to the Court.

Respectfully Submitted,

Dated: March 8, 2011

THOMAS E. FRANKOVICH,
**A PROFESSIONAL LAW CORPORATION**

By: ____/s/Thomas E. Frankovich____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: 3/10, 2011

RICHARD T. BOWLES,
**Bowles & Verna LLP**

By: _____
Richard T. Bowles
Attorneys for Defendant D.M. JACOBSON & SONS, INC., a.k.a. JACOBSON AND SONS BUILDING

## ORDER

**IT IS SO ORDERED** that the Case Management Conference set for April 21, 2011, is continued to June 23, 2011, at 10:00 a.m. a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: March 15, 2011

_____
Honorable Maria-Elena James
United States Magistrate Judge