| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
| 4 | Telephone:     415/674-8600<br>Facsimile:      415/674-9900 |
| 5 | Attorney For Plaintiff CRAIG YATES, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual, | ) | **CASE NO. CV-10-0055-MEJ** |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | ) ) | |
| D.M. JACOBSON & SONS, INC., a.k.a.<br>JACOBSON AND SONS BUILDING<br>    Defendants. | ) ) ) ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal with prejudice of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 19, 2012         THOMAS E. FRANKOVICH
                             *A PROFESSIONAL LAW CORPORATION*


                             By: */s/ Thomas E. Frankovich*
                                 Thomas E. Frankovich
                             Attorney for CRAIG YATES, an individual


Dated: July 23, 2012         **BOWLES & VERNA LLP**


                             By: */s/ Jeremy C. Berla*
                                 JEREMY C. BERLA
                             Attorney for D.M. JACOBSON & SONS, INC.,
                             a.k.a. JACOBSON AND SONS BUILDING


### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ___July 24___, 2012

_____
Honorable Magistrate Judge Maria-Elena James
UNITED STATE DISTRICT JUDGE